UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TWIN CITY FIRE INSURANCE COMPANY a/s/o
WORLDCO LLC,

                Plaintiff,

-against-

AMERICAN POWER CONVERSION
CORPORATION,

                Defendant.

------------------------------------------------------------ x

Case No.: 04 Civ. 7886 (NRB)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/04

This action having been commenced on October 5, 2004 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon the defendant American Power Conversion Corporation on October 14, 2004, and proof of service upon defendant American Power Conversion Corporation having been filed on November 2, 2004 and the time for the defendant to appear, answer, or raise an objection to the complaint having expired, and defendant not having appeared, answered, or raised an objection to the complaint, it is,

ORDERED, ADJUDGED AND DECREED, that the plaintiff have judgment against defendant for the liquidated amount of $593,146.11, plus interest at 9% from December 14, 2002 - the date of the loss - to December 2, 2004 in the amount of $104,986.97, plus costs and disbursements of this action in the amount of $355.00, amounting in all to $698,488.08, and that judgment be entered therefor.

Dated: New York, New York
      December 3, 2004

                                                                                    U.S.D.J.

                                        This document was entered on the docket on _____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TWIN CITY FIRE INSURANCE COMPANY a/s/o :
WORLDCO LLC,                             Case No.: 04 Civ. 7886 (NRB)
                                       :
            Plaintiff,                   **CLERK'S CERTIFICATE**
                                       :
    -against-
                                       :
AMERICAN POWER CONVERSION
CORPORATION,                           :

            Defendant.                 :

------------------------------------------------------------------ x

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 5, 2004 with the filing of a summons and complaint; that a copy of the summons and complaint was served on defendant American Power Conversion Corporation on October 14, 2004 by personally serving its Registered Agent, CT Corporation System, and proof of service was filed on November 2, 2004.

I further certify that the docket entries indicate that defendant American Power Conversion Corporation has not filed an answer or otherwise moved with respect to the complaint herein. The default of said defendants is hereby noted.

Dated: New York, New York
       December 2, 2004

                                    J. Michael McMahon, Clerk of the Court

                                    By:_____/signature/_____
                                                  Deputy Clerk